IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHERYL SIMON and LARRY SIMON,<br><br>Plaintiffs,<br><br>-v-<br><br>JANSSEN RESEARCH & DEVELOPMENT f/k/a JOHNSON & JOHNSON RESEARCH & DEVELOPMENT LLC, ORTHO-MCNEIL PHARMACEUTICAL LLC, JANSSEN PHARMACEUTICALS INC f/k/a ORTHO-MCNEIL-JANSSEN PHARMACEUTICAL LLC f/k/a/ JANSSEN PHARMACEUTICAL, INC., TEVA BRANDED PHARMACEUTICAL PRODUCTS R&D INC. f/k/a TEVA GLOBAL RESPIRATORY RESEARCH LLC f/k/a IVAX RESEARCH LLC f/k/a IVAX RESEARCH INC. f/k/a IVAX LABORATORIES INC. f/k/a BAKER NORTON PHARMACEUTICALS INC., and JOHNSON & JOHNSON<br><br>Defendants. | MDL No. 2973<br><br>Case No. 2:20-md-02973 (BRM)(ESK)<br><br>JUDGE BRIAN R. MARTINOTTI<br><br>MAG. JUDGE Leda D. Wettre<br><br>Civil Action No: 2:23-cv-01037 |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, CHERYL SIMON and LARRY SIMON, together with the above-captioned Defendants, by and through their respective counsel of record, that the claims of Plaintiffs, CHERYL SIMON and LARRY SIMON, be dismissed with prejudice and that Plaintiffs be dismissed as a parties to this action pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear their own costs.

Date: May 2, 2024

*Attorneys for Plaintiffs*

*Attorney for Defendants*
*Janssen Pharmaceuticals,*
*Inc. and Johnson & Johnson*

*s/ Eric T. Chaffin*
**CHAFFIN LUHANA LLP**
Eric T. Chaffin
Roopal P. Luhana
600 Third Ave. 12ᵗʰ Floor
New York, NY 10016
Tel: (888) 480-1123
Fax: (888) 499-1123
chaffin@chaffinluhana.com

*s/ Michael C. Zogby*
Michael C. Zogby
Barnes & Thornburg, LLP
67 East Park Place, Suite 1000
Morristown, NJ 07960
973-775-6110
Michael.Zogby@btlaw.com

Kristen R. Fournier
King & Spalding
1185 Avenue of the Americas,
35th Floor
New York, New York 10036
kfournier@kslaw.com

## CERTIFICATE OF SERVICE

I, Diana Beltré Acevedo, hereby certify that on May 2, 2024, I filed a copy of the foregoing document via the Court's CM/ECF System, which sent a Notice of Filing Activity to all counsel of record. The document is available for viewing and downloading from that system.

                                                    s/ Diana Beltré Acevedo
                                                    Diana Beltré Acevedo


It is so ordered this 6th day of _____ , 20___

Brian R. Martinotti, U.S.D.J.